**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Maryland
                              _____
                              (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | 12-16 S. Patterson Park Avenue Development, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Unknown - subject to further investigation.

**3. Debtor's federal Employer Identification Number (EIN)**

8 2 – 3 8 2 7 3 7 6

**4. Debtor's address**

**Principal place of business**

c/o Patricia B. Jefferson, Chapter 11 Trustee
Number    Street

Miles & Stockbridge PC, 100 Light Street

Baltimore          MD      21202
City                State    ZIP Code

Baltimore City
County

**Mailing address, if different from principal place of business**

_____
Number       Street

_____
P.O. Box

_____
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____
City            State    ZIP Code

**5. Debtor's website (URL)**     N/A

| Debtor | 12-16 S. Patterson Park Avenue Development, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>3</u>  <u>1</u>  <u>3</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    <u>12-16 S. Patterson Park Avenue Development, LLC</u>        Case number *(if known)* _____

Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☐ Yes.   District _____ When _____ Case number _____

MM / DD / YYYY

District _____ When _____ Case number _____

MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☐ Yes.   Debtor <u>G.D. III, Inc.</u>    Relationship <u>Managing Member</u>

District <u>Maryland</u>    When <u>05/03/2022</u>

MM / DD / YYYY

Case number, if known <u>22-12393</u>

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

     **Where is the property?** _____

         Number     Street

_____

_____

         City                  State ZIP Code

     **Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

**█ Statistical and administrative information**

---

Debtor    12-16 S. Patterson Park Avenue Development, LLC
          _____          Case number (if known)_____
          Name

| 13. | **Debtor's estimation of available funds** | Check one: |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/15/2023
              _____
              MM  / DD / YYYY

✖ /s/ Patricia B. Jefferson
  _____          Patricia B. Jefferson, Ch. 11 Trustee of G.D. III, Inc.,
  Signature of authorized representative of debtor   Managing Member
                                                     _____
                                                     Printed name

Title  Chapter 11 Trustee for the Bankruptcy Estate of G.D. III, Inc., Managing Member

---

Debtor    12-16 S. Patterson Park Avenue Development, LLC
Name

Case number (if known)_____

**18. Signature of attorney**

✗ /s/ Addison J. Chappell
_____
Signature of attorney for debtor

Date    06/15/2023
_____
MM  / DD  / YYYY

Addison J. Chappell
_____
Printed name

Miles & Stockbridge PC
_____
Firm name

100        Light Street
_____
Number        Street

Baltimore                                    MD        21202
_____    _____    _____
City                                          State      ZIP Code

410-385-3481                              achappell@milesstockbridge.com
_____              _____
Contact phone                             Email address

21852                                      MD
_____              _____
Bar number                                State

Debtor: 12-16 S. Patterson Park Avenue Development, LLC

Continuation Sheet

**10. Bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

| Debtor | District | Case Number | Relationship | Date filed |
|---|---|---|---|---|
| Keyway Apartment Rentals, LLC | Maryland | 22-13389 | Affiliated with the Debtor | 6/21/2022 |
| 1401 S. Hanover Street, LLC | Maryland | TBD | Affiliated with the Debtor | TBD |

## 12-16 S. PATTERSON PARK AVENUE DEVELOPMENT, LLC'S
## CERTIFICATE AND CONSENT

The undersigned Managing Member certifies that 12-16 S. Patterson Park Avenue Development, LLC (the "Company") is a limited liability company duly organized and existing under the laws of the State of Maryland. The following resolutions are duly adopted, ratified, and consented to by the Managing Member.

**WHEREAS**, G.D. III, Inc. is the Managing Member of the Company, vested with complete and exclusive discretion and authority to manage the Company.

**WHEREAS**, by Order Approving Appointment of Trustee [Dkt. No. 109] (the "Order Appointing Trustee") in case number 22-12393 in the United States Bankruptcy Court for the District of Maryland (the "Court"), Patricia B. Jefferson (the "Trustee") was appointed as Chapter 11 Trustee for G.D. III, Inc.

**WHEREAS**, by Order Granting Chapter 11 Trustee's Motion to Supplement Order Appointing Chapter 11 Trustee, the Court expanded the Trustee's authority to include the operation of all of G.D. III, Inc.'s subsidiary businesses.

**WHEREAS**, the Managing Member, by and through the Trustee, believes it is in the best interest of the company to seek protection under Chapter 11 of the United States Bankruptcy Code.

**NOW THEREFORE BE IT RESOLVED**, that the Company is hereby authorized and directed to seek protection under Chapter 11 of the United States Bankruptcy Code; and it is

**FURTHER RESOLVED**: that the Company retain the firm of Miles & Stockbridge P.C. in connection with the bankruptcy filing; and it is

**FURTHER RESOLVED**: that in order to perform the Company's obligations in connection with the bankruptcy filing, the company hereby authorizes and directs the Trustee to execute and deliver on behalf of the company all instruments and documents and take all action which she deems necessary and advisable, including, without limitation, to execute and deliver applications, commitments, notes, consents, agreements, contracts, indemnifications, certificates, certifications, assignments, affidavits, verifications and notices as is necessary and proper, and the execution and delivery thereof on behalf of the Company by the Managing Member or the Trustee shall be conclusive evidence of such approval; and it is

**FURTHER RESOLVED**: that to induce any party to rely thereon, the Trustee be and is hereby authorized and empowered to certify a copy of these resolutions, and may consider her to remain in her capacity as Chapter 11 Trustee for G.D. III, Inc., Managing Member of the Company, and the resolutions to remain in full force and effect until written notice to the contrary shall be received from her.

The foregoing resolutions have not been amended, rescinded or modified and are in full force and effect on the date hereof.

**IN WITNESS WHEREOF**, the Managing Member has caused this instrument to be properly executed as of the 15th day of June, 2023.

G.D. III, Inc., a Maryland corporation

By: _____

Patricia B. Jefferson, Chapter 11 Trustee

**Fill in this information to identify the case and this filing:**

Debtor Name ___12-16 S. Patterson Park Avenue Development, LLC___

United States Bankruptcy Court for the: _____ District of __Maryland__
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/15/2023___          ✖ ___/s/ Patricia B. Jefferson___
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                            ___Patricia B. Jefferson, Chapter 11 Trustee of G.D. III, Inc.___
                                            Printed name

                                            ___Authorized person___
                                            Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name  12-16 S. Patterson Park Avenue Development, LLC

United States Bankruptcy Court for the: _____ District of  Maryland
(State)

Case number (If known):  _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...............................................................................
   $ Unknown - subject to investigation

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................
   $ 563,500 - subject to investigation

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................
   $ 563,500 + investigation results

---

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................
   $ 50,386.23

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................................
   $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................................
   + $ 1,127,799.23

4. **Total liabilities**.................................................................................................................
   Lines 2 + 3a + 3b
   $ 1,178,185.46

---

**Fill in this information to identify the case:**

Debtor name __12-16 S. Patterson Park Avenue Development, LLC__

United States Bankruptcy Court for the: _____ District of __Maryland__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 1401 S. Hanover Street, LLC c/o Patricia B. Jefferson, Ch. 11Trustee Miles & Stockbridge PC 100 Light Street Baltimore, MD 21202 | Patricia B. Jefferson, Ch. 11 Trustee 410-385-3406 pjefferson@milesstockbridge.com | Promissory note | | | | $77,799.23 |
| 2 | Tour Div, LLC c/o Dr. Pegah Touradji 7 Hampston Garth Lutherville Timonium, MD 21093 | | Money contributed | | | | $1,050,000.00 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    12-16 S. Patterson Park Avenue Development, LLC
_____
Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

| Fill in this information to identify the case: |
| --- |

Debtor name    12-16 S. Patterson Park Avenue Development, LLC
_____

United States Bankruptcy Court for the:_____ District of   Maryland
                                                                   (State)

Case number (If known):    _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand**                                                          $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)             Type of account             Last 4 digits of account number
    3.1. _____ _____ ____ ____ ____ ____    $_____
    3.2. _____ _____ ____ ____ ____ ____    $_____

4. **Other cash equivalents** *(Identify all)*

    4.1. _____    $_____
    4.2. _____    $_____

5. **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit
    7.1. _____    $_____
    7.2. _____    $_____

Debtor    12-16 S. Patterson Park Avenue Development, LLC
       Name

Case number *(if known)*_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                    face amount       doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➔    $_____
                    face amount       doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                 % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    12-16 S. Patterson Park Avenue Development, LLC    Case number *(if known)* _____
　　　　　　　Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor  12-16 S. Patterson Park Avenue Development, LLC
      Name

Case number (if known)_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    12-16 S. Patterson Park Avenue Development, LLC ___    Case number *(if known)*_____
              Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                                    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

Debtor    12-16 S. Patterson Park Avenue Development, LLC      Case number *(if known)*_____
      Name

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 12 S. Patterson Park Ave., Baltimore, MD 21231, <br> consisting of 9 undeveloped lots. | Owner | $ Unknown - subject to further investigation | | $ Unknown |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ Unknown

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor    12-16 S. Patterson Park Avenue Development, LLC
          Name

Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➔    $_____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Various claims - subject to further investigation

Nature of claim    _____    Unknown - subject to
Amount requested    $_____    $ further investigation

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

See continuation sheet    $563,500 - subject
                          $ to investigation

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

Various inter-company transfers between the debtor and other entities managed by G.D. III, Inc.

_____    Unknown - subject
                                            $ to investigation

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    563,500 - subject to
                                                       $ investigation

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    12-16 S. Patterson Park Avenue Development, LLC
        Name                                 Case number *(if known)*_____

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................➔ | | $ Unknown - subject to investigation |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 563,500 - subject to investigation | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 563,500 | + 91b. $ Unknown |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................................................
$ 563,500 + unknown investigation results

---

Debtor: 12-16 S. Patterson Park Avenue Development, LLC

Continuation Sheet – Schedule A/B

**76. Trusts, equitable or future interests in property**

| Property | Owner | Nature of Debtor's Interest | Debtor's Approximate Interest in Property |
|---|---|---|---|
| 314 S. Clinton Street | Chance Development LLC | Contributed funds used to purchase property | $54,000 – subject to further investigation |
| 134 S. Curley Street | Chance Development LLC | Contributed funds used to purchase property | $260,000 – subject to further investigation |
| 1124 S. Ellwood Avenue | Chance Development LLC | Contributed funds used to purchase property | $125,000 – subject to further investigation |
| 847 S. Kenwood Avenue | Chance Development LLC | Contributed funds used to purchase property | $124,500 – subject to further investigation |

**Fill in this information to identify the case:**

Debtor name  12-16 S. Patterson Park Avenue Development, LLC

United States Bankruptcy Court for the: _____ District of  Maryland
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
   secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ronald Deutsch | 2221 S. Boyer Street, Baltimore, MD | $ 14,651.49 | $ Unknown |
| **Creditor's mailing address** | Block 1739, lot 70A | | |
| 1099 Winterson Road #301 | | | |
| Linthicum Heights, MD 21090 | | | |
| | **Describe the lien** | | |
| | Tax lien | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** | | |
| _____ | ☐ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** Unknown | ☐ No | | |
| **Last 4 digits of account** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **number** __ __ __ __ | | | |
| **Do multiple creditors have an interest in the** | **As of the petition filing date, the claim is:** | | |
| **same property?** | Check all that apply. | | |
| ☐ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor, | ☐ Unliquidated | | |
| and its relative priority. | ☐ Disputed | | |
| Unknown - subject to investigation | | | |

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Mayor and City Council of Baltimore | 12 S. Patterson Park Avenue, Baltimore, MD | $ 12,310.09 | $ Unknown |
| **Creditor's mailing address** | Block 1739, lot 25 | | |
| 100 N. Holliday St., Ste. 400 | | | |
| Baltimore, MD 21202 | | | |
| | **Describe the lien** | | |
| | Tax lien | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** | | |
| _____ | ☐ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** Unknown | ☐ No | | |
| **Last 4 digits of account** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **number** __ __ __ __ | | | |
| **Do multiple creditors have an interest in the** | **As of the petition filing date, the claim is:** | | |
| **same property?** | Check all that apply. | | |
| ☐ No | ☐ Contingent | | |
| ☐ Yes. Have you already specified the relative | ☐ Unliquidated | | |
| priority? | ☐ Disputed | | |
| ☐ No. Specify each creditor, including this | | | |
| creditor, and its relative priority. | | | |
| Unknown - subject to investigation | | | |
| ☐ Yes. The relative priority of creditors is | | | |
| specified on lines _____ | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional**
   **Page, if any.**                                                                    $ 50,386.23

| Debtor | 12-16 S. Patterson Park Avenue Development, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Hampstead Hills, LLC | 12 1/2 S. Patterson Park Avenue, Baltimore, MD | $ 5,603.13 | $ Unknown |
| | Block 1739, lot 26 | | |

**Creditor's mailing address**

2519 Eastern Avenue
Baltimore, MD 21224

**Describe the lien**
Tax lien

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** Unknown

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   Unknown - subject to investigation
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Pine Valley One Real Estate, LLC | 14 S. Patterson Park, Baltimore, MD | $ 5,603.13 | $ Unknown |
| | Block 1739, lot 27 | | |

**Creditor's mailing address**

c/o Eskin Law, LLC, 1700 Reisterstown Rd., Suite 212
Baltimore, MD 21208

**Describe the lien**
Tax lien

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** Unknown

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   Unknown - subject to investigation
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  12-16 S. Patterson Park Avenue Development, LLC _____   Case number (if known) _____
       Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**

Scott Morse

**Creditor's mailing address**

Law Office of J. Scott Morse, LLC
9 Newburg Ave., Ste. 201, Catonsville, MD 21228

**Creditor's email address, if known**

_____

**Date debt was incurred**   Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   Unknown - subject to investigation
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

16 S. Patterson Park Avenue, Baltimore, MD
Block 1739, lot 27B

$ 12,218.39     $ Unknown

**Describe the lien**
Tax lien

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**

**Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____     $_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Fill in this information to identify the case:**

Debtor _____12-16 S. Patterson Park Avenue Development, LLC_____

United States Bankruptcy Court for the: _____ District of _Maryland_
(State)

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service

Centralized Insolvency Operation, P.O. Box 7346

Philadelphia, PA 19101

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Notice purposes only

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address
Comptroller of Maryland Bankruptcy Unit

301 W. Preston St. Room 409

Baltimore, MD 21201

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Notice purposes only

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address
City of Baltimore

c/o Director of Finance 100 N. Holliday St., Room 454

Baltimore, MD 21202

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Notice purposes only

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  12-16 S. Patterson Park Avenue Development, LLC

Name

Case number *(if known)*_____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
1401 S. Hanover Street, LLC
c/o Patricia B. Jefferson, Ch. 11 Trustee, Miles & Stockbridge PC
100 Light Street
Baltimore, MD 21202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory note

$ 77,799.23

**Date or dates debt was incurred** March 2, 2023

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
Amar & Pushpa Sokhey

8762 Wethered Drive
Ellicott City, MD 21043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice purposes only

$ 0

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
Aziz Abdelkefi & Julie Reynolds

7 Black Forrest Road
Reisterstown, MD 21136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice purposes only

$ 0

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
Bank of America, N.A.

PO Box 982284
El Paso, TX 79998

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice purposes only

$ 0

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
Chad Kuciara

1937 Nelson Mill Road
Jarrettsville, MD 21984

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice purposes only

$ 0

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
Dominic Cardone

1002 Shelburne Road
Bel Air, MD 21015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice purposes only

$ 0

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor     12-16 S. Patterson Park Avenue Development, LLC                    Case number *(if known)*_____
            Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address**

Elizabeth Greller

306 Tunbridge Road

Baltimore, MD 21212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Notice purposes only

$ 0

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

Florans Boldaji

5522 McKinley Street

Bethesda, MD 20817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice purposes only

$ 0

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

Jae Uk Lee

12014 Catherine Close

Clarksville, MD 21029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice purposes only

$ 0

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

Jeff Bertling

4105 Montana Avenue

Baltimore, MD 21206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice purposes only

$ 0

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

Jim Uvegas

1794 Brookshire Court

Finksburg, MD 21048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice purposes only

$ 0

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | 12-16 S. Patterson Park Avenue Development, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address

Maryland Office of the Attorney General

Securities Divison
200 St. Paul Pl., 25th Floor
Baltimore, MD 21202

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 0

Date or dates debt was incurred _____

**Basis for the claim:** Notice purposes only

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.13** Nonpriority creditor's name and mailing address

Mike & Mary Gianforte

193 Sugar Loaf Lane
Murrells Inlet, SC 29576

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0

Date or dates debt was incurred _____

**Basis for the claim:** Notice purposes only

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.14** Nonpriority creditor's name and mailing address

Namratha Sokhey

5004 Willow Branch Way, Apt. 302
Owings Mills, MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0

Date or dates debt was incurred _____

**Basis for the claim:** Notice purposes only

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.15** Nonpriority creditor's name and mailing address

Patrick DeNobrega

30 E. Burke Avenue
Towson, MD 21286

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0

Date or dates debt was incurred _____

**Basis for the claim:** Notice purposes only

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.16** Nonpriority creditor's name and mailing address

Rock Wayne Luckett

1600 N. 35th Ave
Hollywood, FL 33021

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0

Date or dates debt was incurred _____

**Basis for the claim:** Notice purposes only

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor  12-16 S. Patterson Park Avenue Development, LLC

Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

Sandra Arrington

1002 Shelburne Road

Bel Air, MD 21015

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Notice purposes only

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.18** Nonpriority creditor's name and mailing address

Susan Bollinger

2002 Tree Lane

Lutherville Timonium, MD 21093

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice purposes only

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.19** Nonpriority creditor's name and mailing address

Tour Div, LLC

c/o Dr. Pegah Touradji, 7 Hampston Garth

Lutherville Timonium, MD 21093

Date or dates debt was incurred  2018

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Money contributed

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,050,000.00

---

**3.___** Nonpriority creditor's name and mailing address

Securities and Exchange Commission
Atlanta Reg. Office and Reorg.
950 E. Paces Ferry Rd. NE, Suite 900

Atlanta, GA 30326

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice purposes only

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

| Debtor | 12-16 S. Patterson Park Avenue Development, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Paul Sweeney, Esquire<br>YVS Law, LLC, 11825 West Market Place, Suite 200<br>Fulton, MD 20759 | Line 3.19<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Max Brauer, Assistant Attorney General<br>Maryland Office of the Attorney General, Securities Division<br>200 St. Paul Pl., 25th Floor, Baltimore, MD 21202 | Line 3.12<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Kelvin M. Blake, Assistant Attorney General<br>Maryland Office of the Attorney General, Securities Division<br>200 St. Paul Pl., 25th Floor, Baltimore, MD 21202 | Line 3.12<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Katharine Weiskittel, Assistant Attorney General<br>Maryland Office of the Attorney General, Securities Division<br>200 St. Paul Pl., 25th Floor, Baltimore, MD 21202 | Line 3.12<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    12-16 S. Patterson Park Avenue Development, LLC                    Case number (if known)_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,127,799.23 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,127,799.23 |

**Fill in this information to identify the case:**

Debtor name _12-16 S. Patterson Park Avenue Development, LLC_

United States Bankruptcy Court for the: _____ District of _Maryland_
(State)

Case number (If known): _____ Chapter _11_

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___12-16 S. Patterson Park Avenue Development, LLC___

United States Bankruptcy Court for the: _____ District of __Maryland__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 George L. Divel, III | 3275 Saint Charles Way<br>Street<br><br>Boca Raton      FL      33434<br>City          State          ZIP Code | Bank of America, N.A. | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 Brian L. Chance | 1021 Binney St.<br>Street<br><br>Baltimore      MD      21224<br>City          State          ZIP Code | Bank of America, N.A. | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 Unknown - subject to further investigation | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___12-16 S. Patterson Park Avenue Development, LLC___

United States Bankruptcy Court for the: _____ District of __Maryland__
                                                                      (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ___<br>MM / DD / YYYY | to  Filing date | ☐ Operating a business<br>☐ Other _____ | Unknown - subject to further investigation<br>$ |
| **For prior year:** | From ___<br>MM / DD / YYYY | to ___<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | Unknown - subject to further investigation<br>$ |
| **For the year before that:** | From ___<br>MM / DD / YYYY | to ___<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | Unknown - subject to further investigation<br>$ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ___<br>MM / DD / YYYY | to  Filing date | _____ | Unknown - subject to further investigation<br>$ |
| **For prior year:** | From ___<br>MM / DD / YYYY | to ___<br>MM / DD / YYYY | _____ | Unknown - subject to further investigation<br>$ |
| **For the year before that:** | From ___<br>MM / DD / YYYY | to ___<br>MM / DD / YYYY | _____ | Unknown - subject to further investigation<br>$ |

| Debtor | 12-16 S. Patterson Park Avenue Development, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Thornton Mellon LLC | 3/6/2023 | $ 9,221.17 | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | 939 W. North Ave., Suite 830 | | | ❑ Suppliers or vendors |
| | Street | | | ❑ Services |
| | Chicago        IL      60642 | | | ❑ Other Tax sale attorney release fees |
| | City          State    ZIP Code | | | |
| 3.2. | The Law Offices of Stephen L. Harker | 3/6/2023 | $ 744.30 | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | 35 Fulford Avenue, Suite 203 | | | ❑ Suppliers or vendors |
| | Street | | | ❑ Services |
| | Bel Air         MD     21014 | | | ❑ Other Tax sale attorney release fees |
| | City          State    ZIP Code | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Unknown - subject to further investigation | | $ _____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | _____ | | $ _____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor  12-16 S. Patterson Park Avenue Development, LLC
     Name

Case number *(if known)*_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Unknown - subject to further investigation <br> Creditor's name <br><br> Street <br><br> City    State    ZIP Code | | | $_____ |
| 5.2. <br> Creditor's name <br><br> Street <br><br> City    State    ZIP Code | | | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Unknown - subject to further investigation <br> Creditor's name <br><br> Street <br><br> City    State    ZIP Code | <br><br> Last 4 digits of account number: XXXX– __ __ __ __ | | $_____ |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Thornton Mellon LLC v. 12-16 S. Patterson Park Ave. Dev. LLC <br><br> **Case number** <br><br> 24-C-23-000093 | Foreclosure of right of redemption of property sold at tax sale | Circuit Court for Baltimore City <br> Name <br> 111 North Calvert Street, Room 462 <br> Street <br><br> Baltimore   MD   21202 <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. | Thornton Mellon LLC v. 12-16 S. Patterson Park Ave. Dev. LLC <br><br> **Case number** <br><br> 24-C-23-000092 | Foreclosure of right of redemption of property sold at tax sale | Circuit Court for Baltimore City <br> Name <br> 111 North Calvert Street, Room 462 <br> Street <br><br> Baltimore   MD   21202 <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

Debtor   12-16 S. Patterson Park Avenue Development, LLC
         Name                                                                    Case number (if known)_____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| _____ | _____ | Name |
| City        State      ZIP Code | **Case number** | Street |
| | _____ | City        State        ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Unknown - subject to further investigation | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| Unknown - subject to further investigation | _____ | _____ | $_____ |

---

Debtor    12-16 S. Patterson Park Avenue Development, LLC
_____
Name

Case number (if known)_____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Miles & Stockbridge PC | | May 2023 | $ 50,000 |
|  | **Address** | | | |
|  | Miles & Stockbridge PC | | | |
|  | Street | | | |
|  | 100 Light Street | | | |
|  | Baltimore      MD    21202 | | | |
|  | City            State    ZIP Code | | | |
|  | **Email or website address** | | | |
|  | | | | |
|  | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
|  | **Address** | | | |
|  | Street | | | |
|  | City            State    ZIP Code | | | |
|  | **Email or website address** | | | |
|  | | | | |
|  | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| Unknown - subject to further investigation | | | $ |
| **Trustee** | | | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 5

Debtor    12-16 S. Patterson Park Avenue Development, LLC          Case number *(if known)*_____
          Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Unknown - subject to further investigation | _____ | _____ | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | |
|---|---|---|---|---|---|
| 14.1. | 5020 Bee Frances Way | | | From  2017 | To  Date of filing |
| | Street | | | | |
| | Clarksville          MD      21029 | | | | |
| | City          State      ZIP Code | | | | |
| 14.2. | | | | From  _____ | To  _____ |
| | Street | | | | |
| | City          State      ZIP Code | | | | |

Debtor    12-16 S. Patterson Park Avenue Development, LLC

Name

Case number *(if known)*_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name _____ | _____ | _____ |
| | Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | City        State        ZIP Code | _____ | *Check all that apply:* ☐ Electronically  ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name _____ | _____ | _____ |
| | Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | City        State        ZIP Code | _____ | *Check all that apply:* ☐ Electronically  ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    12-16 S. Patterson Park Avenue Development, LLC
Name

Case number *(if known)* _____

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Unknown - subject to investigation<br>Name<br><br>Street<br><br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br><br>Street<br><br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Unknown - subject to investigation<br>Name<br><br>Street<br><br>City   State   ZIP Code | _____<br>_____<br><br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Unknown - subject to investigation<br>Name<br><br>Street<br><br>City   State   ZIP Code | _____<br>_____<br><br>Address<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    12-16 S. Patterson Park Avenue Development, LLC
          _____
          Name

Case number *(if known)*_____

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Unknown - subject to investigation | _____ | _____ | $ _____ |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | _____ | _____ | |
| City          State          ZIP Code | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Unknown - subject to investigation | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| | Street | | ☐ Concluded |
| _____ | | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Unknown - subject to investigation | | _____ | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    12-16 S. Patterson Park Avenue Development, LLC
          Name                                                                    Case number *(if known)*_____

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Unknown - subject to investigation | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____    To _____ |

Debtor     12-16 S. Patterson Park Avenue Development LLC        Case number *(if known)*_____
          Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** George L. Divel, III <br> Name <br> 3275 Saint Charles Way <br> Street <br><br> Boca Raton     FL     33434 <br> City     State     ZIP Code | From <u>2017</u> To <u>2022</u> |

| Name and address | Dates of service |
|---|---|
| **26a.2.** <br> Name <br><br> Street <br><br> City     State     ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Patricia B. Jefferson, Chapter 11 Trustee of G.D. III, Inc., Managing Member <br> Name <br> Miles & Stockbridge PC <br> Street <br> 100 Light Street <br> Baltimore     MD     21202 <br> City     State     ZIP Code | From <u>11/2022</u> To <u>Present</u> |

| Name and address | Dates of service |
|---|---|
| **26b.2.** <br> Name <br><br> Street <br><br> City     State     ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** George L. Divel, III <br> Name <br> 3275 Saint Charles Way <br> Street <br><br> Boca Raton     FL     33434 <br> City     State     ZIP Code | Financial statements do not exist. Copies of bank statements have been requested and partially provided |

Debtor    12-16 S. Patterson Park Avenue Development, LLC
Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.   Patricia B. Jefferson, Chapter 11 Trustee of G.D. III, Inc., Managing Member
Name
Miles & Stockbridge PC
Street
100 Light Street

Trustee possesses part of the debtor's financial records, but the whole financial history remains incomplete

| Baltimore | MD | 21202 |
|---|---|---|
| City | State | ZIP Code |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.   Unknown - subject to further investigation
Name

Street

| | | |
|---|---|---|
| City | State | ZIP Code |

| Name and address |
|---|

26d.2.
Name

Street

| | | |
|---|---|---|
| City | State | ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Patricia B. Jefferson, Chapter 11 Trustee of G.D. III, Inc., Managing Member | 2023 | $ Not created |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   Not created
Name

Street

| | | |
|---|---|---|
| City | State | ZIP Code |

Debtor  12-16 S. Patterson Park Avenue Development, LLC   Case number (if known)_____
       Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
       Name

       _____
       Street

       _____
       City                              State        ZIP Code

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| G.D. III, Inc. | c/o Patricia B. Jefferson, Miles & Stockbridge PC, 100 Light Street, Baltimore, MD 21202 | Managing Member | 50% |
| Tour Div, LLC | c/o Dr. Pegah Touradji, 7 Hampston Garth, Lutherville Timonium, MD 21093 | Investor Member | 50% |
| | | | |
| | | | |
| | | | |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Chance Development, LLC | 506 S. Collington St., Baltimore, MD 21231 | Former member | From 12/2017 To 2020 |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. George L. Divel, III | Unknown - subject to further investigation | | _____ |
| Name | | | |
| 3275 Saint Charles Way | | _____ | |
| Street | | | |
| Boca Raton                FL        33434 | | _____ | |
| City                      State    ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| Former authorized person | | | |

Debtor  12-16 S. Patterson Park Avenue Development, LLC
        Name

Case number (if known) _____

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | |
| Name | | |
| Street | | |
| City    State    ZIP Code | | |
| Relationship to debtor | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

❑ No
❑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Unknown - subject to further investigation | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

❑ No
❑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/15/2023
              MM / DD / YYYY

✗ /s/ Patricia B. Jefferson
_____
Signature of individual signing on behalf of the debtor

Printed name  Patricia B. Jefferson, Chapter 11 Trustee of G.D. III, Inc.

Position or relationship to debtor  Authorized person

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

❑ No
❑ Yes

Debtor: 12-16 S. Patterson Park Avenue Development, LLC

Continuation Sheet – Statement of Financial Affairs

**3. Certain payments or transfers to creditors within 90 days before filing this case:**

| Creditor's Name and Address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| Baltimore City Bureau of Revenue Collections Lien Section 200 Holliday Street Baltimore, MD 21202 | 3/7/2023 | $67,803.76 | Redemption of four properties sold at tax sale. |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Case Number | Nature | Court Address | Status |
|---|---|---|---|---|
| Thornton Mellon LLC v. 12-16 S. Patterson Park Avenue Development LLC | 24-C-23-000091 | Foreclosure of right of redemption of property sold at tax sale | Circuit Court for Baltimore City 111 N. Calvert St., Room 462 Baltimore, MD 21202 | Concluded |
| Pine Valley One Real Estate LLC v. 12-16 S. Patterson Park Avenue Development, LLC | 24-C-23-001569 | Foreclosure of right of redemption of property sold at tax sale | Circuit Court for Baltimore City 111 N. Calvert St., Room 462 Baltimore, MD 21202 | Pending |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:

12-16 S. PATTERSON PARK AVENUE
DEVELOPMENT, LLC,

            Debtor.

Case No. _____
(Chapter 11)

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name and Address of Security Holder | Percent Ownership | Type of Interest |
|---|---|---|
| G.D. III, Inc.<br>c/o Patricia B. Jefferson, Chapter 11 Trustee<br>Miles & Stockbridge PC<br>100 Light Street<br>Baltimore, MD 21202 | 50% | Managing Member |
| Tour Div, LLC<br>c/o Dr. Pegah Touradji<br>7 Hampston Garth<br>Lutherville Timonium, MD 21093 | 50% | Investor Member |
| Chance Development, LLC<br>506 S. Collington Street<br>Baltimore, MD 21231 | 0% deemed to forfeit | None, deemed to forfeit interest |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:

12-16 S. PATTERSON PARK AVENUE
DEVELOPMENT, LLC,

               Debtor.

Case No. _____
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, Patricia B. Jefferson, Chapter 11 Trustee for the bankruptcy estate of G.D. III, Inc., the Managing Member of the above named Debtor, hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.

Date: June 15, 2023       */s/ Patricia B. Jefferson*_____
                               Patricia B. Jefferson, Chapter 11 Trustee for the bankruptcy estate
                               of G.D. III, Inc., Managing member

Creditor Matrix

12-16 S. Patterson Park Avenue Development, LLC
c/o Patricia B. Jefferson, Chapter 11 Trustee
Miles & Stockbridge PC
100 Light Street
Baltimore, MD 21202


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


Comptroller of Maryland Bankruptcy Unit
301 W. Preston Street, Room 409
Baltimore, MD 21201


City of Baltimore
Director of Finance
100 N. Holliday Street, Room 454
Baltimore, MD 21202


City of Baltimore
Bureau of Revenue Collections
200 Holliday St.
Baltimore, MD 21202


1401 S. Hanover Street, LLC
c/o Patricia B. Jefferson, Chapter 11 Trustee
Miles & Stockbridge PC
100 Light Street
Baltimore, MD 21202


Bank of America, N.A.
PO Box 982284
El Paso, TX 79998


Ronald Deutsch
1099 Winterson Road #301

Linthicum Heights, MD 21090


Mayor and City Council of Baltimore
100 N. Holliday Street, Suite 400
Baltimore, MD 21202


Hampstead Hills, LLC
2519 Eastern Avenue
Baltimore, MD 21224


Pine Valley One Real Estate, LLC
c/o Eskin Law, LLC
1700 Reisterstown Rd., Suite 212
Baltimore, MD 21208


Scott Morse
Law Office of J. Scott Morse, LLC
9 Newburg Ave., Suite 201
Catonsville, MD 21228


Paul Sweeney, Esquire
YVS Law, LLC
11825 West Market Place, Suite 200
Fulton, MD 20759


George L. Divel, III
3275 Saint Charles Way
Boca Raton, FL 33434


Brian L. Chance
1021 Binney Street
Baltimore, MD 21224


G.D. III, Inc.
c/o Patricia B. Jefferson, Chapter 11 Trustee
Miles & Stockbridge PC
100 Light Street
Baltimore, MD 21202

Chance Development, LLC
506 S. Collington Street
Baltimore, MD 21231


Tour Div, LLC
c/o Dr. Pegah Touradji
7 Hampston Garth
Lutherville Timonium, MD 21093


Max Brauer, Assistant Attorney General
Maryland Office of the Attorney General
Securities Division
200 St. Paul Pl., 25th Floor
Baltimore, MD 21202


Kelvin M. Blake, Assistant Attorney General
Maryland Office of the Attorney General
Securities Division
200 St. Paul Pl., 25th Floor
Baltimore, MD 21202


Katharine Weiskittel, Assistant Attorney General
Maryland Office of the Attorney General
Securities Division
200 St. Paul Pl., 25th Floor
Baltimore, MD 21202


Amar & Pushpa Sokhey
8762 Wethered Drive
Ellicott City, MD 21043


Aziz Abdelkefi & Julie Reynolds
7 Black Forrest Road
Reisterstown, MD 21136


Chad Kuciara
1937 Nelson Mill Road

Jarrettsville, MD 21984


Dominic Cardone
1002 Shelburne Road
Bel Air, MD 21015


Elizabeth Greller
306 Tunbridge Road
Baltimore, MD 21212


Florans Boldaji
5522 McKinley Street
Bethesda, MD 20817


Jae Uk Lee
12014 Catherine Close
Clarksville, MD 21029


Jeff Bertling
4105 Montana Avenue
Baltimore, MD 21206


Jim Uvegas
1794 Brookshire Court
Finksburg, MD 21048


Mike & Mary Gianforte
193 Sugar Loaf Lane
Murrells Inlet, SC 29576


Namratha Sokhey
5004 Willow Branch Way, Apt. 302
Owings Mills, MD, 21117


Patrick DeNobrega
30 E. Burke Avenue
Towson, MD 21286

Rock Wayne Luckett
1600 N. 35th Ave.
Hollywood, FL 33021


Sandra Arrington
1002 Shelburne Road
Bel Air, MD 21015


Susan Bollinger
2002 Tree Lane
Lutherville Timonium, MD 21093


Securities and Exchange Commission
Atlanta Reg. Office and Reorg.
950 E. Paces Ferry Rd. NE, Suite 900
Atlanta, GA 30326

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In re:

12-16 S. PATTERSON PARK AVENUE
DEVELOPMENT, LLC,

      Debtor.

Case No. _____
(Chapter 11)

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for 12-16 S. Patterson Park Avenue Development, LLC in the above captioned action, certifies that the following are corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

G.D. III, Inc.
c/o Patricia B. Jefferson, Chapter 11 Trustee
Miles & Stockbridge PC
100 Light Street
Baltimore, MD 21202

Chance Development, LLC (forfeited)
Brian Chance
506 S. Collington St.
Baltimore, MD 21231

Tour Div, LLC
Pegah Touradji
7 Hampston Garth
Lutherville Timonium, MD 21093

June 15, 2023_____
Date

/s/ Addison J. Chappell_____
Addison J. Chappell
  Fed. Bar No. 21852
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
Email: achappell@milesstockbridge.com
*Counsel for the Debtor*